**Talib D. SHABAZZ, Plaintiff–Appellant,**

v.

**HAMLETT, Lieutenant; Shiflett, Unit Manager; Sussex II State Prison, Defendants–Appellees.**

No. 04-6479.

United States Court of Appeals, Fourth Circuit.

Submitted June 18, 2004.

Decided July 16, 2004.

Talib D. Shabazz, Appellant pro se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Talib D. Shabazz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shabazz v. Hamlett,* No. CA-03-192-3 (E.D.Va. Feb. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*